**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PARADISE IP LLC,** | |
| Plaintiff, | Civil Action No.: 1:21-cv-00599-RGA |
| v. | |
| **COMMVAULT SYSTEMS, INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Paradise IP LLC ("Paradise") and Defendant Commvault Systems, Inc. ("Commvault") file this Joint Motion to Stay All Deadlines and Notice of Settlement because all matters in controversy between Plaintiff and Defendant have been settled in principle. The parties require additional time to finalize the agreement and to dismiss the case. The parties, therefore, respectfully request that all hearings and deadlines between the parties be stayed for thirty (30) days, through September 22, 2021.

Dated: August 20, 2021

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

SO ORDERED this   23   day of August, 2021.

                                                 /s/ Richard G. Andrews
                                            UNITED STATES DISTRICT JUDGE