# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PARADISE IP LLC,**<br><br>            Plaintiff,<br><br>   v.<br><br>**COMMVAULT SYSTEMS, INC.,**<br><br>            Defendant. | Civil Action No.: 1:21-cv-00599-RGA<br><br>**TRIAL BY JURY DEMANDED** |

## FURTHER MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Paradise IP LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Further Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant Commvault Systems, Inc. have been settled in principle. The parties are finalizing the terms of a written settlement agreement. Accordingly, Plaintiff respectfully requests that the Court grant an additional stay of the proceedings between the parties, including all deadlines, until November 22, 2021.

Good cause exists for granting this Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here. Defendant indicated that it was not opposed to the relief sought herein.

Dated: October 20, 2021                          Respectfully submitted,

                                                                 CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF

SO ORDERED this _____ day of _____, 2021

_____
UNITED STATES DISTRICT JUDGE